# Court of Appeals
# of the State of Georgia

ATLANTA,____June 23, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1926. JESSIE MELVIN GORE v. THE STATE.**

In 2006, a jury found Jessie Melvin Gore guilty of two counts of aggravated child molestation and three counts of child molestation. We affirmed Gore's convictions on direct appeal in an unpublished opinion. See *Gore v. State*, Case No. A08A0792 (decided May 19, 2008). Gore subsequently filed a motion for an out-of-time appeal. The trial court denied his request, and Gore then filed this direct appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (citation omitted). Because Gore already has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/23/2016_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*